Argued: November 3, 2022

IN THE COURT OF APPEALS

OF MARYLAND

Misc. No. 3

September Term, 2022

IN THE MATTER OF THE APPLICATION
OF WILLIAM WALLACE MONTIER FOR
ADMISSION TO THE BAR OF MARYLAND

Fader, C.J.
Watts
Hotten
Booth
Biran
Gould
Eaves

JJ.

ORDER

Filed: November 7, 2022

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

**IN THE MATTER OF THE APPLICATION**     \*     IN THE

**OF WILLIAM WALLACE MONTIER**     \*     **COURT OF APPEALS**

**FOR ADMISSION TO THE**     \*     **OF MARYLAND**

**BAR OF MARYLAND**     \*     **Misc. No. 3**

     \*     **September Term, 2022**

## O R D E R

The Court having considered the adverse recommendations of the Character Committee for the Third Appellate Judicial Circuit and the favorable recommendation of the State Board of Law Examiners concerning the application of William Wallace Montier for admission to the Bar of Maryland, it is this 7th day of November, 2022

**ORDERED**, by the Court of Appeals of Maryland, a majority of the Court concurring, that the favorable recommendations of the Character Committee for the Third Appellate Judicial Circuit and State Board of Law Examiners are accepted, and it is further

**ORDERED**, that the applicant, upon taking the oath prescribed by statute, be admitted to the practice of law in this State.

/s/ Matthew J. Fader
Chief Judge